[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-10410
_____

D.C. Docket No. 1:10-cv-00408-WCO

PHUC QUANG LE,

Petitioner - Appellee,

versus

S. HUBERT HUMPHREY, JR., et al.,

Respondents,

WILLIAM H. MCLEAN,

Additional Respondent - Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(May 9, 2014)

Before TJOFLAT, WILSON and RIPPLE,* Circuit Judges.

PER CURIAM:

---

* Honorable Kenneth F. Ripple, United States Circuit Judge for the Seventh Circuit, sitting by designation.

After entertaining oral argument of counsel and consulting their briefs, we find no merit in appellant's appeal of the sanctions orders of August 10, 2012 and December 27, 2012. We therefore affirm the judgment of the District Court.

AFFIRMED.